

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-15-00242-CV

**IN RE UNIVERSITY OF THE INCARNATE WORD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On May 19, 2015, relator filed a motion for temporary relief seeking to stay the trial court's order compelling discovery responses pending a ruling on relator's petition for writ of mandamus.

Relator's motion for temporary relief is GRANTED. The trial court's order of May 1, 2015 is temporarily STAYED until further order of this court.

It is so **ORDERED** on May 20, 2015.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-07249, styled *Valerie Redus, Individually and Robert Redus, Individually and as Administrator of the Estate of Robert Cameron Redus v. University of the Incarnate Word and Christopher Carter*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.